**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 10-1006**

———————

SCOTT STEELE,

              Plaintiff - Appellant,

       v.

J. FREDERICK MOTZ,

              Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Frederick  P.  Stamp,  Jr.,  Senior
District Judge, sitting by designation.  (1:09-cv-00792-FPS)

———————

Submitted:  August 26, 2010          Decided:  August 31, 2010

———————

Before  KING  and  DUNCAN,  Circuit  Judges,  and  HAMILTON,  Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Scott Steele, Appellant Pro Se.   Judith Ann Kidwell, OFFICE OF
THE UNITED STATES ATTORNEY, Washington, D.C., for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Scott Steele appeals the district court's order dismissing his civil action against the district court judge who presided over a prior action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Steele v. Motz, No. 1:09-cv-00792-FPS (D. Md. Nov. 19, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED